UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 00-10023-GAO

UNITED STATES OF AMERICA,

v.

THOMAS RONALD THEODORE,
Defendant.

ORDER
November 13, 2009

O'TOOLE, D.J.

The defendant, Thomas Ronald Theodore, has moved to vacate his sentence pursuant to 28 U.S.C. § 2255.  In response, the government has agreed that Theodore may be re-sentenced in light of the Supreme Court's decisions in United States v. Booker, 543 U.S. 200 (2005) and its progeny, and that Theodore satisfies the standard enunciated by the First Circuit in United States v. Antonakopoulos, 399 F.3d 68, 76 (1st Cir. 2005) for "plain error" claims regarding unpreserved Booker claims. The motion (dkt. no. 380) is therefore GRANTED, and the defendant will be resentenced on a date to be set by the Clerk.

It is SO ORDERED.

       /s/ George A. O'Toole, Jr.
United States District Judge