UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 00-10023-GAO
APPEAL NOS. 13-1826, 13-1827, 13-1828

THOMAS RONALD THEODORE,
Defendant/Petitioner,

v.

UNITED STATES OF AMERICA,
Respondent.

OPINION AND ORDER
September 18, 2013

O'TOOLE, D.J.

The defendant, Thomas Ronald Theodore, has moved for leave to appeal in forma pauperis. After review of the motion and affidavit the Defendant's Motion (dkt. no. 451) is GRANTED.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge