UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 00-10023-GAO
APPEAL NOS. 13-1826, 13-1827, 13-1828

THOMAS RONALD THEODORE,
Defendant/Petitioner,

v.

UNITED STATES OF AMERICA,
Respondent.

OPINION AND ORDER
November 13, 2013

O'TOOLE, D.J.

The First Circuit has directed this Court to issue or deny a certificate of appealability in

Appeal No. 13-1827. This is the petitioner's appeal of the partial denial (dkt. no. 443) of his

Motion to Vacate under 28 U.S.C. § 2255 (dkt. no. 432).

In the June 12, 2013 Opinion and Order, Theodore's § 2255 motion was granted

"insofar as it seeks relief from the consequences of appellate counsel's failure to perfect an

appeal from this Court's order denying Theodore's motion for a new trial, and is otherwise

DENIED." The purpose of the partial grant was to give him a new opportunity to file and

prosecute an appeal from the denial of his new trial motion.

The motion was denied as to the several other issues raised in the motion beyond

appellate counsel's failure to perfect the appeal. Those other issues were not well articulated and

generally spoke more to differences in strategy between Theodore and his counsel than to actual

ineffective assistance by counsel. As to none of the other issues raised in the 2255 motion had

Theodore made a substantial showing of a denial of a constitutional right. 28 U.S.C. §
2253(c)(2). Therefore, as to all those issues, a certificate of appealability is DENIED.

    It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge
